IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SATAR ABD ALKAFAJI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon defendant Alkafaji's motion for a continuance of his sentencing (filing 165). I will grant the motion and reschedule the sentencing to Wednesday, May 31, 2006.

IT IS ORDERED that defendant Alkafaji's sentencing is continued to Wednesday, May 31, 2006, at 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

April 14, 2006.                                           BY THE COURT:

                                                          s/ *Richard G. Kopf*
                                                          United States District Judge