IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3019-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SATAR ABD ALKAFAJI, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Alkafaji's motion to release bond (filing 227) is granted. The Clerk of Court shall refund and return the $1,500 cash bond deposit to Jabbar Al-Kafaji.

October 2, 2006.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge