IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3019-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KHALAT JAMALTHAEAL ALAMA, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the non party's request for transcript (filing 235) is granted. The Clerk of Court or the court reporter may require prepayment of any fee.

    January 9, 2008.        BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge